UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　　　Jeffrey Gonzalez<br><br>　　　　　　Debtor | Chapter 13<br>Bankruptcy No.20-11217-AMC |

CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 1st day of July, 2020, by first class mail upon those listed below:

Jeffrey Gonzalez
5118 Valley Street
Philadelphia, PA  19124

**Electronically via CM/ECF System Only:**

BRANDON J PERLOFF ESQ
PERLOFF LAW
415 SOUTH BROAD STREET
UNIT 2R
PHILADELPHIA, PA  19147

　　　　　　　　　　　　　　　　　　　*/s/ Deborah A. Earnshaw*
　　　　　　　　　　　　　　　　　　　Deborah A. Earnshaw
　　　　　　　　　　　　　　　　　　　for
　　　　　　　　　　　　　　　　　　　Scott F. Waterman, Esquire
　　　　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee