```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania

In re:                                                              Case No. 20-11217-amc
Jeffrey Gonzalez                                                    Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0313-2        User: John                Page 1 of 2         Date Rcvd: Aug 12, 2020
                            Form ID: pdf900           Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 14, 2020.
db             +Jeffrey Gonzalez,    5118 Valley Street,    Philadelphia, PA 19124-1430
14474346      #+Brandon Perloff, Esq.,     1429 Walnut Street,    Suite 701,    Philadelphia, PA 19102-3207
14474347       Capital One,    PO Box 36281,    Salt Lake City, UT 84130
14474349       +Kwartler Manus, LLC,    1429 Walnut Street,    Suite 701,    Philadelphia, PA 19102-3207
14474350       +Michael Dougherty, Esquire,     Weltman, Weinberg & Reis,    170 S. Independence Mall W,
                 Suite 874,    Philadelphia, PA 19106-3334
14498422       +PENNSYLVANIA HOUSING FINANCE AGENCY,     C/O KML Law Group,    701 Market Street Suite 5000,
                 Philadelphia, PA. 19106-1541
14474353       +PNC Bank,    Attn: Bankruptcy,    PO Box 94982: Mailstop BR-YB58-01-5,    Cleveland, OH 44101-4982
14498857       +Pennsylvania Housing Finance Agency,     C/O REBECCA ANN SOLARZ,    KML Law Group, P.C.,
                 701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Aug 13 2020 04:26:40      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 13 2020 04:26:17
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 13 2020 04:26:34     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
14523747        E-mail/Text: megan.harper@phila.gov Aug 13 2020 04:26:40      Water Revenue Bureau,
                 c/o City of Philadelphia Law Department,    Tax & Revenue Unit,    Bankruptcy Group, MSB,
                 1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA  19102-1595
14479347        E-mail/Text: mrdiscen@discover.com Aug 13 2020 04:26:04      Discover Bank,
                 Discover Products Inc,   PO Box 3025,    New Albany, OH  43054-3025
14474348       +E-mail/Text: mrdiscen@discover.com Aug 13 2020 04:26:04      Discover Financial,
                 Attn: Bankruptcy,   PO Box 3025,    New Albany, OH 43054-3025
14474351       +E-mail/Text: bankruptcynotices@psecu.com Aug 13 2020 04:26:47       P S E C U,
                 Attention: Bankruptcy,    PO Box 67013,   Harrisburg, PA 17106-7013
14474352        E-mail/Text: blegal@phfa.org Aug 13 2020 04:26:26      Pennsylvania Housing Finance Agency,
                 Attn: Bankruptcy,   PO Box 8029,    Harrisburg, PA 17105
14474354        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 13 2020 04:31:52
                 Portfolio Recovery,    Attn: Bankruptcy,   120 Corporate Blvd,    Norfold, VA 23502
14501183        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 13 2020 04:30:15
                 Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk, VA 23541
14490713       +E-mail/Text: bankruptcynotices@psecu.com Aug 13 2020 04:26:47       PSECU,   PO BOX 67013,
                 HARRISBURG, PA 17106-7013
14501181       +E-mail/Text: blegal@phfa.org Aug 13 2020 04:26:26      Pennsylvania Housing Finance Agency,
                 211 North Front Street,    Harrisburg, PA 17101-1406
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2              User: John                  Page 2 of 2                    Date Rcvd: Aug 12, 2020
                                  Form ID: pdf900             Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 12, 2020 at the address(es) listed below:
              BRANDON J PERLOFF    on behalf of Debtor Jeffrey   Gonzalez bperloff@perlofflaw.com,
               kmecf1429@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Pennsylvania Housing Finance Agency
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Jeffrey Gonzalez<br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 20-11217-AMC |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: August 12, 2020**

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE